IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUANG VAN NGUYEN, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12cv06631 |
| SUPERINTENDENT MIKE WENEROWICZ ET AL., | : | |
|     Respondents. | : | |

## ORDER

AND NOW, this 10th day of December 2013, upon careful consideration of Quang Van Nguyen's petition under 28 U.S.C. § 2254 for writ of habeas corpus (Doc. #1), the Commonwealth's response, the Magistrate's Judge's Report and Recommendation, and petitioner's objections thereto, **IT IS HEREBY ORDERED** that

    1. Petitioner's objections are overruled;

    2. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is Approved and Adopted;

    3. The petition for writ of habeas corpus is **DENIED**;

    4. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability; and

    5. The Clerk shall **CLOSE** this case for statistical purposes.

    /s/ William H. Yohn Jr.
    William H. Yohn Jr., Judge