## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUANG VAN NGUYEN, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-cv-06631 |
| | : | |
| SUPERINTENDENT MIKE | : | |
| WENEROWICZ, ET AL., | : | |
|     Respondents. | : | |

# ORDER

AND NOW, this 14th day of April 2014, it is **HEREBY ORDERED** that, upon consideration of petitioner's motion for reconsideration of the order of December 10, 2013 (Doc. 20), the motion is **DENIED**.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge